■ RONALD MOLOFF et al., Appellants, v HENRY LOHEAC, P. C., et al., Defendants, and GERALD R. URAM et al., Respondents.—Appeal by the plaintiffs from stated portions of an order of the Supreme Court, Westchester County (Facelle, J.), entered July 25, 1989.

Ordered that the order is affirmed insofar as appealed from, with costs, for reasons stated by Justice Facelle at the Supreme Court. Brown, J. P., Eiber, Rosenblatt and Ritter, JJ., concur.